DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RACHEL A. CHALMERS,**
Appellant,

v.

**JOSEPH A. CHALMERS,**
Appellee.

No. 4D21-1655

[May 19, 2022]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Michael A. Heisey, Judge; L.T. Case No. 562015DR002540.

Leslie A. Ferderigos, Winter Park, for appellant.

Karen L. Johnson of Karen L. Johnson, P.A., Stuart, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, GERBER and ARTAU, JJ., concur.

*          *          *

***Not final until disposition of timely filed motion for rehearing.***